IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MICHAEL WAYNE TIDWELL,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:22-cv-00185 |
| **KILOLO KIJAKAZI,** | ) | **JUDGE CAMPBELL** |
| *Commissioner of Social Security* | ) ) | **MAGISTRATE JUDGE HOLMES** |
| Defendant. | ) | |

## ORDER

Pending before the Court is Judge Holmes' Report and Recommendation (Doc. No. 26), which was filed on March 14, 2023. Through the Report and Recommendation, Judge Holmes recommends that Plaintiff's Motion for Judgment Based on the Administrative Record (Doc. No. 18) be denied and that the Social Security Administration's decision be affirmed. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, that Plaintiff's Motion for Judgment Based on the Administrative Record (Doc. No. 18) is **DENIED**, and the decision of the Social Security Administration is **AFFIRMED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE